Jared C. Xu, Esq. (SBN 314646)
jared.xu@consultils.com
**ILS LLP**
355 S. Grand Ave, Suite 850
Los Angeles, California 90071
Telephone: (626) 344-8949
Attorneys for Petitioner
DONGLEI XIN

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DONGLEI XIN,

Petitioner,

v.

ACTING WARDEN, Adelanto ICE Processing Center; et al.,

Respondents.

Case No. 5:26-cv-06093-DFM

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Magistrate Judge: Hon. Douglas F. McCormick

The Court, having considered the Parties' Joint Stipulation to Dismiss Action Without Prejudice (ECF No. 11), and good cause appearing, hereby ORDERS as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED in its entirety without prejudice.

2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 26, 2026

Hon. Douglas F. McCormick
UNITED STATES MAGISTRATE JUDGE